IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RONALD S. COLLIER
ADC #70714                                                                                         PLAINTIFF

V.                             5:05CV00279 WRW/JTR

MAX MOBLEY, Assistant Director,
Arkansas Department of Correction, et al.                                          DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants' Motions to Dismiss (docket entries #42 and #51) are GRANTED, and Plaintiff's inadequate medical care claim involving the alleged failure to:

    (a) give Plaintiff physical therapy in October of 2001 is DISMISSED, WITH PREJUDICE; and

    (b) provide Plaintiff with access to gym equipment in March of 2005 is DISMISSED, WITHOUT PREJUDICE.

2. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 1st day of June, 2006.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE