IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RONALD S. COLLIER
ADC #70714                                                                                              PLAINTIFF

V.                                       5:05CV00279 WRW/JTR

MAX MOBLEY, Assistant Director,
Arkansas Department of Correction, et al.                                            DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's inadequate medical care claim involving the alleged failure to: (a) give Plaintiff physical therapy in October of 2001 is DISMISSED, WITH PREJUDICE; and (b) provide Plaintiff with access to gym equipment in March of 2005 is DISMISSED, WITHOUT PREJUDICE. Thus, Judgment is entered in favor of Defendants on all claims set forth in this action. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 1st day of June, 2006.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE